**Sheila JANI, Petitioner**

v.

**Steven F. O'MEARA, Esquire, Respondent**

**No. 905 MAL 2016**

Supreme Court of Pennsylvania.

June 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.